**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| Mike Spiegel, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.   1:16-cv-1998-LJM-DML |
| Ashwood Financial, Inc., an Indiana corporation, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S MOTION TO STAY BRIEFING ON
DEFENDANT'S DISPOSITIVE MOTION PENDING CLASS CERTIFICATION**

Plaintiff, Mike Spiegel ("Spiegel"), individually and on behalf of all others similarly situated, hereby requests that this Court stay briefing on Defendant Ashwood Financial's ("Ashwood") motion for judgment on the pleadings (Dkt. 46, 47), pending a ruling on Plaintiff's Amended Motion for Class Certification (Dkt. 32, 33), per Defendant's election not to waive protection against one-way intervention (Dkt. 19), and states as follows:

1.      On September 26, 2016, the parties held an initial pretrial conference with the Magistrate Judge.  In attempting to put a schedule in place for class certification and dispositive motions, the issue of "one-way intervention" was raised.  The rule against one-way intervention prevents plaintiffs from moving for class certification after acquiring a favorable ruling on the merits of a claim, see, e.g., Costello v. BeavEx, Inc., 810 F.3d 1045, 1057-1058 (7th Cir, 2016); Peritz v. Liberty Loan Corp., 523 F.2d 349. 354 (7th Cir. 1975).  Thus, rather than adopting a case management plan at the initial hearing, the Magistrate Judge set a hearing for October 17, 2016 and directed the

parties to reach an agreement as to whether liability issues would be presented first.

(Dkt. 20).

2.      On September 30, 2016, Defendant Ashwood filed an Amended Notice of

Non-Waiver of the Protection Against One-Way Intervention, in which Ashwood stated:

>       4.  Ashwood's counsel was asked to advise the Court whether
> Ashwood wanted to waive the protection against one-way intervention.
> Ashwood hereby advises the Court that it does not waive this protection,
> and that it agrees that class certification issues should be briefed and
> decided before briefing on the merits, . . .

See, Dkt. 19, at ¶ 4.

3.      Thereafter, on November 8, 2016, after conducting class discovery,

Plaintiff filed an Amended Motion for Class Certification; this motion is now fully briefed.

(Dkt. 32, 33, 38, 39, 48), but the Court has not yet issued a ruling on class certification.

4.       Nonetheless, despite its refusal to waive of the rule against one-way

intervention (Dkt. 19), and its agreement that class certification should be decided

before a decision on the merits, on January 23, 2017, Defendant Ashwood filed a

Motion for Judgment on the Pleadings, see, Dkt. 46, 47, despite the fact that class

certification has yet to be decided.

5.      Thus, Plaintiff requests that briefing on Defendant Ashwood's motion for

judgment on the pleadings be stayed, until class certification is ruled upon, at which

time a briefing schedule should be set for Defendant's dispositive motion.  At the time of

his response to Defendant's motion for judgment on the pleadings, Plaintiff will cross-

move for judgment on the pleadings .

WHEREFORE, Plaintiff, Mike Spiegel, individually and on behalf of all others

similarly situated, respectfully requests that this Court, consistent with the Defendant

2

Ashwood's prior notice to the Court concerning the issue of one-way intervention (Dkt.

19), stay briefing on Defendant's motion for judgment on the pleadings (Dkt. 46, 47)

until a decision as to class certification has been issued by this Court.

Respectfully submitted,

By: /s/ David J. Philipps
One of Plaintiff's Attorneys

Dated: January 27, 2017

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angiekrobertson@aol.com

Steven J. Halbert     (Ind. Bar No. 14254-02)
9465 Counselors Row
Suite 200
Indianapolis, Indiana  46240
(317) 805-3000
shalbertlaw@gmail.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2017 a copy of the foregoing **Plaintiff's Motion To Stay Briefing On Defendant's Dispositive Motion Pending Class Certification** was filed electronically.  Notice of this filing was sent to the following parties by operation of the Court's electronic filing system.  The parties may access this filing through the Court's system.

## SERVICE LIST:

Karen Neiswinger                      kneiswinger@att.net
5335 N. Tacoma Avenue
Suite 12
P.O. Box 551099
Indianapolis, Indiana 46205-1099

Steven J. Halbert                      shalbertlaw@gmail.com
9465 Counselors Row
Suite 200
Indianapolis, Indiana  46240


/s/ David J. Philipps
David J. Philipps
Philipps & Philipps, Ltd.
9760 South Robert Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

4